IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02391-RPM-KMT

MARVIN J. THOMAS,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS, Operated in Colorado as a district of public schools organized pursuant to C.R.S.23-14-101,

    Defendant.
_____

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR WHICH TO OPPOSE SUMMARY JUDGMENT
_____

    The court having reviewed the Unopposed Motion of Time for Which to Oppose Summary Judgment of Plaintiff Marvin Thomas and having reviewed the premises orders that said motion shall be granted;  Plaintiff shall file his Brief in Opposition to the Motion for Summary Judgment on or before October 1, 2012.

    Dated: August 31st , 2012

                                            By the Court:

                                            s/ Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge