**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  March 27, 2013
Courtroom Deputy:      Sabrina Grimm
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-02391-RPM

MARVIN J. THOMAS,                                                  John W. McKendree

     Plaintiff,

v.

DENVER PUBLIC SCHOOLS,                                             Holly Eileen Ortiz

     Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:20 a.m.       Court in session.**

Court's preliminary remarks.

Court states its understanding of case.

10:24 a.m.       Argument by Ms. Ortiz.

Court's comments and observations.

10:41 a.m.       Argument by Mr. McKendree.

10:53 a.m.       Rebuttal argument by Ms. Ortiz.

**ORDERED:   Defendant's Motion for Summary Judgment [16], is denied.**

**ORDERED:   A Final Pretrial Conference is scheduled for June 21, 2013 at 2:00 p.m.**

Court states its practice regarding orders of reference to Magistrate Judge for settlement (joint motion).

**11:05 a.m.       Court in recess.**

Hearing concluded.  Total time:   45 mins.