IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02391-RPM

MARVIN J. THOMAS,

     Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

     Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

     Pursuant to the hearing convened today, it is

     ORDERED that a pretrial conference is scheduled for **June 21, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **June 13, 2013.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

     Dated:   March 27th, 2013

                                               BY THE COURT:

                                               s/Richard P. Matsch
                                             _____
                                             Richard P. Matsch, Senior District Judge