IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02391-RPM

MARVIN J. THOMAS,

      Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

      Defendant.

---

ORDER SETTING TRIAL DATE

---

      Pursuant to the pretrial conference held today, it is

      ORDERED that this matter is set for trial to jury on **November 4, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. Counsel shall submit proposed voir dire questions and instructions in paper form directly to chambers on or before **October 31, 2013, at 4:00 p.m.**

      Dated:    June 21st, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge