**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02391-RPM-KMT

MARVIN J. THOMAS,

   Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER,
d/b/a Denver Public Schools,

   Defendant.
_____

**JUDGMENT**
_____

   Pursuant to and in accordance with the Order entered by Senior District Judge Richard P. Matsch, at the Pretrial Conference on June 21, 2013 [32], incorporated herein by reference, it is

   ORDERED that plaintiff's race discrimination claim under C.R.S. § 24-34-402 is dismissed.

   This matter was tried on November 4, 2013, through November 6, 2013, before an empaneled jury of twelve, Senior District Judge Richard P. Matsch presiding.  The trial proceeded to conclusion and the jury found that plaintiff did not prove by a preponderance of the evidence that the defendant discriminated against him because of his race, African American, in terminating his employment as a custodian at East High School.

   IT IS FURTHER ORDERED that judgment is entered in favor of defendant School District No. 1 in the City and County of Denver, d/b/a Denver Public Schools and against plaintiff Marvin J. Thomas.  It is

   FURTHER ORDERED that the defendant School District No. 1 in the City and County of Denver, d/b/a Denver Public Schools shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.  It is

   FURTHER ORDERED that the Complaint and this civil action are dismissed.

Civil Action No. 11-cv-02391-RPM-KMT
Page 2


DATED at Denver, Colorado, this 6th day of November , 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:  s/J. Chris Smith
_____
Deputy Clerk